FILED

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0204



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0204

MARK JOHNSON and MOLLY
JOHNSON, Husband and wife,
individually and on behalf of all others
similarly situated,

      Plaintiffs and Appellants,

      v.

STATE FARM MUTAL AUTOMOBILE
INS. CO. and STATE FARM FIRE AND
CASUALTY CO.,

      Defendants and Appellees.

**ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Shelly F. Brander,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this April 23, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:      Alan Jay Lerner, Brian Michael Joos, Judah Gersh, Allan M. McGarvey, Jennifer M. Hoffman, Dale R. Cockrell, Shelly F. Brander